| | |
|---|---|
| 1  Stephen F. Yunker (CSB 110159)<br>YUNKER & SCHNEIDER<br>2  655 West Broadway, Suite 1400<br>San Diego, California 92101<br>3  Telephone: (619) 233-5500<br>Facsimile: (619) 233-5535<br>4  Email: sfy@yslaw.com | FILED<br><br>2008 FEB -4  P 2:08<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

5  Joseph N. Kravec, Jr. (PA ID No. 68992)
   SPECTER SPECTER EVANS
6     & MANOGUE, P.C.
   The 26th Floor Koppers Building
7  Pittsburgh, Pennsylvania 15219
   Telephone: (412) 642-2300
8  Facsimile:  (412) 642-2309
   Email: jnk@ssem.com

9

10 James M. Pietz (PA ID No. 55406)
   PIETZ LAW OFFICE
   Mitchell Building
11 304 Ross Street, Suite 700
   Pittsburgh, Pennsylvania 15219
12 Telephone: (412) 288-4333
   Facsimile: (412) 288-4334
13 Email: jpietz@jpietzlaw.com

14 Attorneys for Plaintiff MICHELLE T. WAHL,
   on behalf of herself and all others similarly situated

15

16                    **UNITED STATES DISTRICT COURT**

17          **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | | |
|---|---|---|
| 18 | | |
| 19 | MICHELLE T. WAHL, on behalf of<br>herself and all others similarly situated, | CASE NO.:  C 08-00555 RS |
| 20 | Plaintiff, | **CLASS ACTION** |
| 21 | v. | **APPLICATION FOR ADMISSION<br>OF JOSEPH N. KRAVEC, JR.**<br>*PRO HAC VICE* |
| 22 | AMERICAN SECURITY INSURANCE<br>COMPANY; and DOES 1-50, inclusive, | **DEMAND FOR JURY TRIAL** |
| 23 | | |
| 24 | Defendants. | |

25

26     Stephen F. Yunker, Esquire, a member of the Bar of the United States District Court in and for

27 the Northern District of California, hereby moves this Honorable Court to admit Joseph N. Kravec, Jr.,

28 Esquire, *pro hac vice* to participate in this case.

Application for Admission of Joseph N. Kravec, Jr. *Pro Hac Vice*

1   Mr. Kravec is a member in good standing of the Bar of the Commonwealth of Pennsylvania (Pa.
2   Bar No. 68992) and has extensive experience in class actions and complex litigation. Mr. Kravec's
3   admission *pro hac vice* will significantly assist plaintiff in prosecuting this class action. A Certification
4   attesting to Mr. Kravec's qualifications is attached.

5   WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion
6   for Admission *Pro Hac Vice* of Attorney Joseph N. Kravec, Jr. A proposed Order of Court is attached.

Dated: ____2/1____, 2008

**YUNKER & SCHNEIDER**

By: _____
Stephen F. Yunker

655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: sfy@yslaw.com

***ATTORNEYS FOR PLAINTIFF***



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Joseph N. Kravec, Jr., Esq.*

### DATE OF ADMISSION

*November 24, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 29, 2008

Patricia A. Nicola
Chief Clerk