ORIGINAL

Stephen F. Yunker (CSB 110159)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: sfy@yslaw.com

Joseph N. Kravec, Jr. (PA ID No. 68992)
SPECTER SPECTER EVANS
  & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

James M. Pietz (PA ID No. 55406)
PIETZ LAW OFFICE
Mitchell Building
304 Ross Street, Suite 700
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-4333
Facsimile: (412) 288-4334
Email: jpietz@jpietzlaw.com

Attorneys for Plaintiff MICHELLE T. WAHL,
on behalf of herself and all others similarly situated

FILED

2008 FEB -4  P 2:0[?]

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: C 08-00555 RS<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF JOSEPH N. KRAVEC, JR. IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE***<br><br>**DEMAND FOR JURY TRIAL** |

Joseph N. Kravec, Jr., of full age, hereby certifies as follows:

1. I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania (Pa Bar No. 68992). I am a partner with the law firm of Specter Specter Evans & Manogue, P.C., and I

1 maintain my office at the Pittsburgh office of that firm at The 26th Floor Koppers Building, Pittsburgh, Pennsylvania 15219, telephone number (412) 642-2300.

2. My resident address is 823 Country Club Drive, Pittsburgh, Pennsylvania 15228.

3. I am a member in good standing of the bars of the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| Supreme Court of Pennsylvania | 1993 |
| Supreme Court of the United States | 1997 |
| U.S. Court of Appeals for the Third Circuit | 1993 |
| U.S. Court of Appeals for the Sixth Circuit | 1993 |
| U.S. Court of Appeals for the Fourth Circuit | 2004 |
| U.S. Court of Appeals for the District of Columbia | 2006 |
| U.S. District Court for the Western District of Pennsylvania | 1993 |
| U.S. District Court for the District of Columbia | 2001 |

I am not under suspension, nor have I ever been suspended or disbarred from any court. I am fully familiar with the facts of this case.

4. I am fully conversant with and agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and the Local Rules and Alternative Dispute Resolution Programs of the United States District Court for the Northern District of California.

5. In the present case, I will be associated with my designated co-counsel, Stephen F. Yunker, Esquire, YUNKER & SCHNEIDER, 655 West Broadway, Suite 1400, San Diego, California 92101, telephone: (619) 233-5500, who is an active member in good standing of the bar of this Court and counsel of record for plaintiff, Michelle T. Wahl.

6. I respectfully request that this Court grant my application to be admitted *pro hac vice* for all purposes in this matter.

1  I certify that the foregoing statements made by me are true. I am aware that if any of the
2  foregoing statements are willfully false I am subject to punishment.
3  Dated: January 31, 2008

SPECTER SPECTER EVANS
& MANOGUE, P.C.

By: _____
Joseph N. Kravec, Jr. (Pa. I.D. #68992)

The 26th Floor, Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: 412-642-2300

***ATTORNEYS FOR PLAINTIFF***

3

Certification of Joseph N. Kravec, Jr. In Support of His Application for Admission *Pro Hac Vice*