1 | Stephen F. Yunker (SBN 110159)
  | YUNKER & SCHNEIDER
2 | 655 West Broadway
  | Suite 1400
3 | San Diego, CA 92101
  | (619) 233-5500
4 |
5 | Attorney(s) for     Michelle T. Wahl, etc., et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

Plaintiff:   Michelle T. Wahl, etc., et al.                    Case No:   CO800555RS

Defendant: American Security Insurance Company, et al.         PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CLERK'S OFFICE LOCAL RULES AND GUIDELINES

2. a. Party served:        American Security Insurance Company
   b. Person served:       Karen Harris, Authorized Agent
   c. Place of Service:    2730 Gateway Oaks Drive, Suite 100
                           Sacramento, CA 95833
                              {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1) on:    02/11/08
      (2) at:    2:55 p.m.

4. Person serving:                              a. Fee for Service: $ 95.00
   Jim Wardlow                                  e. Exempt from registration under
   CALEXPRESS                                      Bus. & Prof. Code 22350(b)
   917 West Grape Street
   San Diego, CA  92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:   February 11, 2008                    Signature: SEE ATTACHED

PROOF OF SERVICE

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | |
| Plaintiff: MICHELLE T. WAHL | | | | |
| Defendant: AMERICAN SECURITY INSURANCE COMPANY | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: C08 00555 RS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE REGARDING CLERK'S OFFICE LOCAL RULES AND GUIDELINES

3. a. Party served: AMERICAN SECURITY INSURANCE COMPANY
   b. Person served: Karen Harris, Agent for service of process.

4. Address where the party was served: 2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Feb. 11, 2008 (2) at: 2:55PM

7. *Person Who Served Papers:*                                 Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                               d. *The Fee for Service was:*
   b. **CAL Express Attorney Service**                          e. I am: (3) registered California process server
      917 West Grape Street                                          (i) Owner
      San Diego, CA 92101-                                           (ii) Registration No.:    87-010
   c. 619 685-1122                                                   (iii) County:             Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Feb. 11, 2008

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                   PROOF OF SERVICE SUMMONS         (Jim Wardlow)        cal.40920