Fee Paid

Peter S. Hecker Esq. (CA Bar #66159)
Anna S. McLean Esq. (CA Bar #142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco CA 94104
Telephone: 415-772-6000
E-Mail: peter.hecker@hellerehrman.com
E-Mail: anna.mclean@hellerehrman.com

Frank G. Burt Esq. (DC Bar #461501)
Denise A. Fee Esq. (DC Bar #428417)
JORDEN BURT LLP
1025 Thomas Jefferson Street NW
Jefferson Court Suite 400 East
Washington DC 20007-5208
Telephone: 202-965-8100
E-Mail: fgb@jordenusa.com
E-Mail: daf@jordenusa.com

FILED

2008 FEB 27  A 11: 54

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 5:08-cv-00555-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY FRANK G. BURT *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, **Frank G. Burt**, an active member in good standing of the Bars of the District of Columbia (Bar No. 461501) and the State of Florida (Bar No. 197963), the United States Supreme Court, the United States Circuit Courts of Appeals for the Fourth, Fifth, Seventh, Eighth, and Eleventh Circuits, the United States District Courts for the Middle and

Southern Districts of Florida, the Florida Supreme Court, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Southern District of Illinois, the U.S. Tax Court, and the United States District Court, District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant American Security Insurance Company in the above-entitled action.

In support of this Application, I certify on oath that:

1. I am duly-authorized to practice law and am a member in good standing of the Bars of the District of Columbia and the State of Florida, the United States Supreme Court (admitted 1978), the United States Circuit Courts of Appeals for the Fourth (admitted 2005), Fifth (admitted 1981), Seventh (admitted 2002), Eighth (admitted 2004), and Eleventh Circuits (admitted 1981), the United States District Courts for the Middle and Southern Districts of Florida (admitted 1975 and 1980, respectively), the Florida Supreme Court (admitted 1975), the United States District Court for the Eastern District of Wisconsin (admitted 1996), the United States District Court for the Southern District of Illinois (admitted 2002), the U.S. Tax Court (admitted 1993), and the United States District Court, District of Columbia (admitted 2003);

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, business address, telephone number, and e-mail address of that attorney is:

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1
2
3
4

Peter S. Hecker Esq. (CA Bar #66159)
HELLER EHRMAN LLP
333 Bush Street
San Francisco CA 94104
Telephone: 415-772-6000
E-Mail: peter.hecker@hellerehrman.com

5   I declare under penalty of perjury that the foregoing is true and correct.

6   Dated: February 25, 2008

By: _____
Frank G. Burt Esq. (DC Bar #461501)
JORDEN BURT LLP
1025 Thomas Jefferson Street NW
Jefferson Court Suite 400 East
Washington DC 20007-5208
Telephone: 202-965-8100
E-Mail: fgb@jordenusa.com

28  #194749v1DC

3

Michelle T. Wahl, et al. v. American Security Insurance Company, et al., USDC ND CA Case No. 5:08-cv-00555-RS