Peter S. Hecker Esq. (CA Bar #66159)
Anna S. McLean Esq. (CA Bar #142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco CA 94104
Telephone: 415-772-6000
E-Mail: peter.hecker@hellerehrman.com
E-Mail: anna.mclean@hellerehrman.com

Frank G. Burt Esq. (DC Bar #461501)
Denise A. Fee Esq. (DC Bar #428417)
JORDEN BURT LLP
1025 Thomas Jefferson Street NW
Jefferson Court Suite 400 East
Washington DC 20007-5208
Telephone: 202-965-8100
E-Mail: fgb@jordenusa.com
E-Mail: daf@jordenusa.com

FILED

2008 FEB 27  A 11: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 5:08-cv-00555-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DENISE A. FEE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, **Denise A. Fee**, an active member in good standing of the Bars of the Eleventh Circuit Court of Appeals, the District Courts for the District of Columbia and the District of Maryland, the Supreme Court of Maryland and the Court of Appeals of the District of Columbia, hereby applies for admission to practice in the Northern District of

California on a *pro hac vice* basis representing Defendant American Security Insurance Company in the above-entitled action.

In support of this Application, I certify on oath that:

1. I am currently licensed to practice law in the State of Maryland and in the District of Columbia. I am an active member in good standing in the Eleventh Circuit Court of Appeals (admitted 1992), the District Courts for the District of Columbia (admitted 1995) and the District of Maryland (admitted 2001), the Supreme Court of Maryland (admitted 1990) and the Court of Appeals of the District of Columbia (admitted 1991);

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the Bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, business address, telephone number, and e-mail address of that attorney is:

> Peter S. Hecker Esq. (CA Bar #66159)
> HELLER EHRMAN LLP
> 333 Bush Street
> San Francisco CA 94104
> Telephone: 415-772-6000
> E-Mail: peter.hecker@hellerehrman.com

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

2

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3

4  Dated: February 25, 2008           By: _____
5                                          Denise A. Fee Esq. (DC Bar #428417)
                                            JORDEN BURT LLP
6                                          1025 Thomas Jefferson Street NW
                                            Jefferson Court Suite 400 East
7                                          Washington DC 20007-5208
                                            Telephone: 202-965-8100
8                                          E-Mail: daf@jordenusa.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  #194743v1DC

3

Michelle T. Wahl, et al. v. American Security Insurance Company, et al., USDC ND CA Case No. 5:08-cv-00555-RS