FeePaid

| | |
|---|---|
| 1 | Peter S. Hecker Esq. (CA Bar #66159) |
| 2 | Anna S. McLean Esq. (CA Bar #142233) |
|   | HELLER EHRMAN LLP |
| 3 | 333 Bush Street |
|   | San Francisco CA 94104 |
| 4 | Telephone: 415-772-6000 |
| 5 | E-Mail: peter.hecker@hellerehrman.com |
|   | E-Mail: anna.mclean@hellerehrman.com |
| 6 | |
| 7 | Frank G. Burt Esq. (DC Bar #461501) |
|   | Denise A. Fee Esq. (DC Bar #428417) |
| 8 | JORDEN BURT LLP |
|   | 1025 Thomas Jefferson Street NW |
| 9 | Jefferson Court Suite 400 East |
|   | Washington DC 20007-5208 |
| 10 | Telephone: 202-965-8100 |
| 11 | E-Mail: fgb@jordenusa.com |
|    | E-Mail: daf@jordenusa.com |

FILED

2008 FEB 27 ⌐ 11: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 5:08-cv-00555-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY DAWN B. WILLIAMS *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, **Dawn B. Williams**, an active member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant American Security Insurance Company in the above-entitled action.

ORIGINAL

In support of this Application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the Bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, business address, telephone number, and e-mail address of that attorney is:

> Peter S. Hecker, Esq. (CA Bar #66159)
> HELLER EHRMAN LLP
> 333 Bush Street
> San Francisco CA 94104
> Telephone: 415-772-6000
> E-Mail: peter.hecker@hellerehrman.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 25, 2008

By: *Dawn B. Williams*
Dawn B. Williams Esq. (DC Bar #71560)
JORDEN BURT LLP
Jefferson Court Suite 400 East
1025 Thomas Jefferson Street NW
Washington DC 20007-5208
Telephone: 202-965-8100
E-mail: dbw@jordenusa.com

#194750v1DC

2

Michelle T. Wahl, et al. v. American Security Insurance Company, et al., USDC ND CA Case No. 5:08-cv-00555-RS