UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE T. WAHL, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,

    Defendants.

CASE NO.: 08 CV 0555

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY FRANK G. BURT *PRO HAC VICE*

**Frank G. Burt**, an active member in good standing of the Bars of the District of Columbia, the State of Florida, the United States Supreme Court, the United States Circuit Courts of Appeals for the Fourth, Fifth, Seventh, Eighth, and Eleventh Circuits, the United States District Courts for the Middle and Southern Districts of Florida, the Florida Supreme Court, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the Southern District of Illinois, the U.S. Tax Court, and the United States District Court, District of Columbia, whose business address, telephone number, and e-mail address is

    Frank G. Burt Esq. (DC Bar #461501)
    JORDEN BURT LLP
    1025 Thomas Jefferson Street NW
    Jefferson Court Suite 400 East
    Washington DC 20007-5208
    Telephone: 202-965-8100
    E-Mail: fgb@jordenusa.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant American Security Insurance Company,

**IT IS HEREBY ORDERED THAT** the Application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application

1  will constitute notice to the party.  All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.

6  Dated: __2/27/_____, 2008

    _____
    The Honorable Richard Seeborg
    United States Magistrate Judge

28  #194749v1DC

2

Michelle T. Wahl, et al. v. American Security Insurance Company, et al., USDC ND CA Case No. 5:08-cv-00555-RS