UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE T. WAHL, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,

    Defendants.

CASE NO.: 5:08-cv-00555-RS

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DENISE A. FEE *PRO HAC VICE***

**Denise A. Fee**, an active member in good standing of the Bars of the Eleventh Circuit Court of Appeals, the District Courts for the District of Columbia and the District of Maryland, the Supreme Court of Maryland, and the Court of Appeals of the District of Columbia, whose business address, telephone number, and e-mail address is

> Denise A. Fee Esq. (DC Bar #428417)
> JORDEN BURT LLP
> 1025 Thomas Jefferson Street NW
> Jefferson Court Suite 400 East
> Washington DC  20007-5208
> Telephone:  202-965-8100
> E-Mail: daf@jordenusa.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant American Security Insurance Company,

/ / / /

/ / / /

IT IS HEREBY ORDERED THAT the Application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/27/ , 2008

The Honorable Richard Seeborg
United States Magistrate Judge

#194743v1DC

2

Michelle T. Wahl, et al. v. American Security Insurance Company, et al., USDC ND CA Case No. 5:08-cv-00555-RS