UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 FEB 27 AM 10:56 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO DIST OF CA S.J.

FILED FEB 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

MICHELLE T. WAHL, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,

    Defendants.

CASE NO.: 5:08-cv-00555-RS

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAWN B. WILLIAMS *PRO HAC VICE***

    **Dawn B. Williams**, an active member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia whose business address, telephone number, and e-mail address is

    Dawn B. Williams Esq. (DC Bar #71560)
    JORDEN BURT LLP
    Jefferson Court Suite 400 East
    1025 Thomas Jefferson Street NW
    Washington DC 20007-5208
    Telephone: 202-965-8100
    E-Mail: dbw@jordenusa.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant American Security Insurance Company,

    **IT IS HEREBY ORDERED THAT** the Application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the Application

/ / / /

/ / / /

/ / / /

1 | will constitute notice to the party.  All future filings in this action are subject to the requirements
2 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: __2/27/__, 2008

_____
The Honorable Richard Seeborg
United States Magistrate Judge

#194750v1DC

2

Michelle T. Wahl, et al. v. American Security Insurance Company, et al., USDC ND CA Case No. 5:08-cv-00555-RS