1  Stephen F. Yunker (CSB 110159)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 233-5500
   Facsimile: (619) 233-5535
4  Email: sfy@yslaw.com

5  Joseph N. Kravec, Jr. (PA ID No. 68992)
   SPECTER SPECTER EVANS
6    & MANOGUE, P.C.
   The 26th Floor Koppers Building
7  Pittsburgh, Pennsylvania 15219
   Telephone: (412) 642-2300
8  Facsimile:  (412) 642-2309
   Email: jnk@sscm.com
9
   James M. Pietz (PA ID No. 55406)
10 PIETZ LAW OFFICE
   Mitchell Building
11 304 Ross Street, Suite 700
   Pittsburgh, Pennsylvania 15219
12 Telephone: (412) 288-4333
   Facsimile: (412) 288-4334
13 Email: jpietz@jpietzlaw.com

14 Attorneys for Plaintiff MICHELLE T. WAHL,
   on behalf of herself and all others similarly situated
15

16                  UNITED STATES DISTRICT COURT

17      FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18
   MICHELLE T. WAHL, on behalf of        )  CASE NO.: C 08-00555 RS
19 herself and all others similarly situated, )
                                          )  **CLASS ACTION**
20              Plaintiff,                )
                                          )  **APPLICATION FOR ADMISSION**
21      v.                                )  **OF JAMES M. PIETZ**
                                          )  *PRO HAC VICE*
22 AMERICAN SECURITY INSURANCE           )
   COMPANY; and DOES 1-50, inclusive,     )  **DEMAND FOR JURY TRIAL**
23                                        )
                Defendants.               )
24                                        )

25

26      Stephen F. Yunker, Esquire, a member of the Bar of the United States District Court in and for

27 the Northern District of California, hereby moves this Honorable Court to admit James M. Pietz,

28 Esquire, *pro hac vice* to participate in this case.

1  Mr. Pietz is a member in good standing of the Bar of the Commonwealth of Pennsylvania (Pa.
2  Bar No. 55406) attached and the of the Bar of the State of Illinois (attorney no. .6197586). He has
3  extensive experience in class actions and complex litigation. Mr. Pietz's admission *pro hac vice* will
4  significantly assist plaintiff in prosecuting this class action. A Certification attesting to Mr. Pietz's
5  qualifications is attached.

6  WHEREFORE, the above mentioned party respectfully requests this Court to grant the Motion
7  for Admission *Pro Hac Vice* of Attorney James M. Pietz. A proposed Order of Court is attached.

Dated: February 28, 2008

YUNKER & SCHNEIDER

By: _____
Stephen F. Yunker

655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: sfy@yslaw.com

***ATTORNEYS FOR PLAINTIFF***

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: C 08-00555 RS<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER<br><br>**DEMAND FOR JURY TRIAL** |

AND NOW, this _____ day of _____, 2008, upon consideration of the Application for Admission *Pro Hac Vice* of Attorney James M. Pietz, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and James M. Pietz. is hereby admitted to this Court *pro hac vice* for the purpose of representing Plaintiff Michelle T. Wahl in the above-captioned action.

_____
**Honorable Richard Seeborg**

[Proposed] Order