1  Stephen F. Yunker (CSB 110159)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 233-5500
   Facsimile: (619) 233-5535
4  Email: sfy@yslaw.com

5  Joseph N. Kravec, Jr. (PA ID No. 68992)
   SPECTER SPECTER EVANS
6      & MANOGUE, P.C.
   The 26th Floor Koppers Building
7  Pittsburgh, Pennsylvania 15219
   Telephone: (412) 642-2300
8  Facsimile:  (412) 642-2309
   Email: jnk@ssem.com
9
   James M. Pietz (PA ID No. 55406)
10 PIETZ LAW OFFICE
   Mitchell Building
11 304 Ross Street, Suite 700
   Pittsburgh, Pennsylvania 15219
12 Telephone: (412) 288-4333
   Facsimile: (412) 288-4334
13 Email: jpietz@jpietzlaw.com

14 Attorneys for Plaintiff MICHELLE T. WAHL,
   on behalf of herself and all others similarly situated
15

16              **UNITED STATES DISTRICT COURT**

17 **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

18
   MICHELLE T. WAHL , on behalf of      )    **CASE NO.:  C 08-00555 RS**
19 herself and all others similarly situated,  )
                                        )    **CLASS ACTION**
20              Plaintiff,              )
                                        )     **CERTIFICATION OF JAMES M. PIETZ**
21      v.                             )    **FOR ADMISSION**
                                        )    *PRO HAC VICE*
22 AMERICAN SECURITY INSURANCE        )
   COMPANY; and DOES 1-50, inclusive,  )    **DEMAND FOR JURY TRIAL**
23                                      )
                Defendants.            )
24                                      )

25

26         Pursuant to Civil L.R. 11-3, James M. Pietz, an active member in good standing of the Bars of

27 the Commonwealth of Pennsylvania and the State of Illinois, hereby applies for admission to practice

28 in the Northern District of California on a *pro hac vice* basis representing the Plaintiff Michelle T.

   Wahal, on behalf of herself and all others similarly situated, in the above-entitled action.

          In support of this application, JAMES M. PIETZ  of full age, hereby certifies as follows:

1.      I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania (Pa Bar No. 55406) and the State of Illinois (Attorney No. 6197586). I am the principal of law firm of Pietz Law Offices, LLC and I maintain my office in Pittsburgh at 304 Ross St., The Mitchell Bldg., Suite 700, Pittsburgh, Pennsylvania 15219, telephone number (412) 288-4333.

2.      My resident address is 108 Glenhaven Ln, Pittsburgh, Pennsylvania 15238.

3.      I am a member in good standing of the bars of the following courts:

| Title of Court | Date of Admission |
| --- | --- |
| Supreme Court of Pennsylvania | 1989 |
| Supreme Court Of Illinois | 1988 |
| Supreme Court of the United States | 2005 |
| U.S. Court of Appeals for the Second Circuit | 2002 |
| U.S. Court of Appeals for the Third Circuit | 2004 |
| U.S. Court of Appeals for the Fifth Circuit | 2002 |
| U.S. Court of Appeals for the Sixth Circuit | 1998 |
| U.S. Court of Appeals for the Seventh Circuit | 1989 |
| U.S. Court of Appeals for the Eighth Circuit | 1999 |
| U.S. Court of Appeals for the Tenth Circuit | 2004 |
| U.S. Court of Appeals for the District of Columbia | 2006 |
| U.S. District Court for the Western District of Pennsylvania | 1990 |
| U.S. District Court for the Northern District Of Illinois | 1988 |

I am not under suspension, nor have I ever been suspended or disbarred from any court. I am fully familiar with the facts of this case.

4.      Attached hereto as Exhibits A and B are current Certificates Of Good Standing from the Commonwealth of Pennsylvania and the State of Illinois, respectively.

5       I am fully conversant with and agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and the Local Rules and Alternative Dispute Resolution Programs of the United States District Court for the Northern District of California.

2

6.    In the present case, I will be associated with my designated co-counsel, Stephen F. Yunker, Esquire, YUNKER & SCHNEIDER, 655 West Broadway, Suite 1400, San Diego, California 92101, telephone: (619) 233-5500, who is an active member in good standing of the bar of this Court and counsel of record for plaintiff, Michelle T. Wahl.

4.    I respectfully request that this Court grant my application to be admitted *pro hac vice* for all purposes in this matter.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Dated: February 28, 2008

**PIETZ LAW OFFICE LLC**

By: _____
      James M. Pietz (Pa. I.D. 55406)

PIETZ LAW OFFICE LLC
304 Ross St. Suite 700
Pittsburgh, Pa. 15203
412-288-4333
jpietz@jpietzlaw.com

***ATTORNEYS FOR PLAINTIFF***

3

# EXHIBIT
# A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *James Pietz, Esq.*

#### DATE OF ADMISSION

#### *June 23, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  February 27, 2008**

Patricia A. Nicola
Chief Clerk

# EXHIBIT B



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

James M. Pietz
Pietz Law Office LLC
304 Ross Street, Suite 700
Pittsburgh, PA 15219

Chicago
Thursday, February 07, 2008

Re:  James McIntyre Pietz
     Attorney No. 6197586

To Whom It May Concern:

    We have received a request for written verification of the status of James McIntyre Pietz for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment.  We have also received a Waiver and Authorization signed by the attorney.  Pursuant to Commission policy, the following information is provided.

    The records of the Clerk of the Supreme Court of Illinois and of this office reflect that James McIntyre Pietz was admitted to practice law in Illinois on 5/13/1988; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

                    Very truly yours,
                    Jerome Larkin
                    Administrator

                    By: _____
                       Darryl R. Evans
                       Deputy Registrar

DRE