**FILED**
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: C 08-00555 RS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER  *RS*<br><br>**DEMAND FOR JURY TRIAL** |

AND NOW, this 14th day of March, 2008, upon consideration of the Application for Admission *Pro Hac Vice* of Attorney James M. Pietz, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and James M. Pietz. is hereby admitted to this Court *pro hac vice* for the purpose of representing Plaintiff Michelle T. Wahl in the above-captioned action.

_____
Honorable Richard Seeborg

[Proposed] Order