1  PETER S. HECKER (Bar No. 66159)
   ANNA S. McLEAN (Bar No. 142233)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, California 94104-2878
   Telephone: (415) 772-6080
4  Facsimile: (415) 772-6268
   peter.hecker@hellerehrman.com
5  anna.mclean@hellerehrman.com

6  FRANK BURT (*Pro Hac Vice*)
   DENISE A. FEE (*Pro Hac Vice*)
7  JORDEN BURT LLP
   1025 Thomas Jefferson Street, NW
8  Washington, DC 20007-0805
   Telephone: (202) 965-8140
9  Facsimile: (202) 965-8104
   fgb@jordenusa.com
10 daf@jordenusa.com

11 Attorneys for Defendant
   AMERICAN SECURITY INSURANCE COMPANY
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 MICHELE T. WAHL, on behalf of herself  ) Case No. C08-00555-RS
   and all others similarly situated,     )
17                                        )
              Plaintiff,                  ) **CONSENT TO PROCEED BEFORE**
18 v.                                     ) **UNITED STATES MAGISTRATE**
   AMERICAN SECURITY INSURANCE            ) **JUDGE RICHARD SEEBORG**
19 COMPANY; and DOES 1-50, inclusive,     )
                                          )
20            Defendant.                  )
                                          )
21                                        )
                                          )
22                                        )

23

24

25

26

27

28

1. In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 21, 2008                HELLER EHRMAN LLP


By /s/ Anna S. McLean
    ANNA S. McLEAN
    Attorneys for Defendant
    AMERICAN SECURITY INSURANCE COMPANY