| | |
|---|---|
| 1 | PETER S. HECKER (Bar No. 66159) |
| | ANNA S. McLEAN (Bar No. 142233) |
| 2 | HELLER EHRMAN LLP |
| | 333 Bush Street |
| 3 | San Francisco, California 94104-2878 |
| | Telephone: (415) 772-6080 |
| 4 | Facsimile: (415) 772-6268 |
| | peter.hecker@hellerehrman.com |
| 5 | anna.mclean@hellerehrman.com |
| 6 | FRANK BURT (*Pro Hac Vice*) |
| | DENISE A. FEE (*Pro Hac Vice*) |
| 7 | JORDEN BURT LLP |
| | 1025 Thomas Jefferson Street, NW |
| 8 | Washington, DC 20007-0805 |
| | Telephone: (202) 965-8140 |
| 9 | Facsimile: (202) 965-8104 |
| | fgb@jordenusa.com |
| 10 | daf@jordenusa.com |
| 11 | Attorneys for Defendant |
| | AMERICAN SECURITY INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELE T. WAHL, on behalf of herself and all others similarly situated, | ) ) ) | Case No. C08-00555-RS |
| Plaintiff, | ) ) | **STIPULATION RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE RE MOTION TO DISMISS** |
| v. AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

STIPULATION RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE RE MOTION TO DISMISS; CASE NO. C08-00555-RS

WHEREAS, the original Complaint in this matter was filed by plaintiff on January 25, 2008;

WHEREAS, plaintiff filed her First Amended Complaint ("FAC") on February 29, 2008;

WHEREAS, the response of defendant American Security Insurance Company ("ASIC") to the FAC would have been due on March 20, 2008;

WHEREAS, the parties desire additional time for briefing ASIC's anticipated motion to dismiss;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. ASIC's time to answer, plead, or otherwise respond to the FAC is extended to April 3, 2008;

2. ASIC shall file its motion papers on April 3, 2008, noticing the hearing for May 14, 2008, at 9:30 a.m.;

3. Wahl's opposition papers shall be filed on April 21, 2008; and

4. ASIC's reply papers shall be filed on April 30, 2008.

IT IS SO STIPULATED.

Dated: March 24, 2008                HELLER EHRMAN LLP
                                     JORDEN BURT LLP

                                     By */s/ Anna S. McLean*
                                            ANNA S. McLEAN
                                     Attorneys for Defendant
                                     AMERICAN SECURITY INSURANCE
                                     COMPANY

Dated: March 24, 2008                SPECTER SPECTER EVANS & MANOGUE, P.C.
                                     YUNKER & SCHNEIDER
                                     PIETZ LAW FIRM

                                     By */s/ Joseph N. Kravec, Jr.*
                                            JOSEPH N. KRAVEC, JR.
                                     Attorneys for Plaintiff MICHELLE T. WAHL

1

STIPULATION RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE RE MOTION TO DISMISS; CASE NO. C08-00555-RS

| | |
|---|---|
| 1 | I, ANNA S. McLEAN, under whose ECF user I.D. and password this document is filed, attest that JOSEPH N. KRAVEC, JR. has read and approved the STIPULATION RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE RE MOTION TO DISMISS, and consents to its filing in this action. |

2

STIPULATION RE TIME TO RESPOND TO FIRST AMENDED COMPLAINT; BRIEFING SCHEDULE RE MOTION TO DISMISS; CASE NO. C08-00555-RS