PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6080
Facsimile: (415) 772-6268
peter.hecker@hellerehrman.com
anna.mclean@hellerehrman.com

FRANK BURT (*Pro Hac Vice*)
DENISE A. FEE (*Pro Hac Vice*)
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Washington, DC 20007-0805
Telephone: (202) 965-8140
Facsimile: (202) 965-8104
fgb@jordenusa.com
daf@jordenusa.com

Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. C08-00555-RS<br><br>**[PROPOSED] ORDER GRANTING AMERICAN SECURITY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date: May 14, 2008<br>Time: 9:30 a.m.<br>Courtroom: 4 |

1  On May 14, 2008 at 9:30 a.m., Defendant American Security Insurance Company's ("ASIC's") Motion to Dismiss Plaintiff's First Amended Complaint came on regularly for hearing before this Court. After fully considering the papers filed in support of and in opposition to the motion, as well as oral argument thereon, the Court hereby **GRANTS** Defendant's Motion to Dismiss**. IT IS FURTHER ORDERED** that because plaintiff is unable to cure the defects, the First Amended Complaint is hereby **DISMISSED WITH PREJUDICE**.

It is so ORDERED this _____ day of _____, 2008.

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING AMERICAN SECURITY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; CASE NO. C08-00555-RS