**\*E-FILED 4/3/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE T. WAHL, etc., | No. C 08-00555 RS |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| AMERICAN SECURITY INSURANCE CO., | |
|     Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, defendant's motion to dismiss, docket [20], noticed for hearing on May 14, 2008, shall be held on **May 21, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated:  4/3/08

> For the Court,
> RICHARD W. WEIKING, Clerk
>
> By:   /s/ Martha Parker Brown
>        Courtroom Deputy Clerk

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Frank G. Burt    fgb@jordenusa.com

Denise A. Fee    daf@jordenusa.com

Peter S. Hecker    phecker@hewm.com

Joseph N. Kravec , Jr    jnk@ssem.com

Anna S. McLean    Anna.McLean@hellerehrman.com, bill.henn@hellerehrman.com, Catherine.Lubiszewski@hellerehrman.com, Peter.Hecker@hellerehrman.com

James Pietz    jpietz@jpietzlaw.com

Dawn B. Williams    dbw@jordenusa.com

Stephen Francis Yunker    sfy@yslaw.com, efb@yslaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 4/3/08

        /s/ BAK  
        Chambers of Magistrate Judge Richard Seeborg