1  Stephen F. Yunker (CSB 110159)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 233-5500
   Facsimile:  (619) 233-5535
4  Email: sfy@yslaw.com

5  Joseph N. Kravec, Jr. (PA ID No. 68992)
   SPECTER SPECTER EVANS & MANOGUE, P.C.
6  The 26th Floor Koppers Building
   Pittsburgh, PA  15219
7  Telephone: (412) 642-2300
   Facsimile:  (412) 642-2309
8  Email: jnk@ssem.com

9  James M. Pietz (PA ID No. 55406)
   PIETZ LAW OFFICE
10 Mitchell Building
   304 Ross Street, Suite 700
11 Pittsburgh, PA  15219
   Telephone: (412) 288-4333
12 Facsimile:  (412) 288-4334
   Email: jpietz@jpietzlaw.com
13

14 Attorneys for Plaintiff MICHELLE T. WAHL, on behalf of herself and all
   others similarly situated
15

16 **UNITED STATES DISTRICT COURT**

17 **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated, ) ) ) | Case No. C08-00555 RS |
| Plaintiff, ) ) | **CLASS ACTION** |
| v. ) ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive, ) ) ) | |
| Defendants. ) ) | |

25  / / /
26  / / /
27  / / /
28  / / /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:     April 10, 2008              SPECTER SPECTER EVANS & MANOGUE, P.C.

PIETZ LAW OFFICE

YUNKER & SCHNEIDER


By:    /s/ Stephen F. Yunker
       Stephen F. Yunker, one of the attorneys for
       Plaintiff Michelle T. Wahl and the Plaintiff Class