**United States District Court**
For the Northern District of California

**\*E-FILED\***
**April 17, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE T. WAHL, | No. C 08-00555 RS |
|     Plaintiff, | |
|     v. | **CLERK'S NOTICE** |
| AMERICAN SECURITY INSURANCE COMPANY, et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for May 14, 2008 at 2:30 p.m. has been continued to **July 16, 2008 at 2:30 p.m.**

Dated: April 17, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
      Courtroom Deputy Clerk

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Frank G. Burt    fgb@jordenusa.com

Denise A. Fee    daf@jordenusa.com

Peter S. Hecker    phecker@hewm.com

Joseph N. Kravec , Jr    jnk@ssem.com

Anna S. McLean    Anna.McLean@hellerehrman.com, bill.henn@hellerehrman.com, Catherine.Lubiszewski@hellerehrman.com, Peter.Hecker@hellerehrman.com

James Pietz    jpietz@jpietzlaw.com

Dawn B. Williams    dbw@jordenusa.com

Stephen Francis Yunker    sfy@yslaw.com, efb@yslaw.com