PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  (415) 772-6080
Facsimile:  (415) 772-6268
peter.hecker@hellerehrman.com
anna.mclean@hellerehrman.com

FRANK BURT (*Pro Hac Vice*)
DENISE A. FEE (*Pro Hac Vice*)
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Washington, DC  20007-0805
Telephone:  (202) 965-8140
Facsimile:  (202) 965-8104
fgb@jordenusa.com
daf@jordenusa.com

Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE T. WAHL, on behalf of herself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive, )<br><br>Defendant. ) | Case No. C08-00555-RS<br><br>**ADR CERTIFICATION BY PARTY AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 16, 2008

AMERICAN SECURITY INSURANCE COMPANY

By _____

CHARLES H. FASH

Dated: April 18, 2008

JORDEN BURT LLP

By _____

FRANK BURT

1