*E-FILED 05/22/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE T. WAHL,<br><br>　　　　Plaintiff,<br>　v.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>　　　　Defendant.<br>_____/ | NO. C 08-00555 RS<br><br>**ORDER GRANTING LEAVE TO FILE SUR-REPLY AND LEAVE TO RESPOND** |

　　　　Plaintiff's motion filed May 14, 2008 seeking leave to file a sur-reply is granted. Although it is questionable whether the arguments and citations in defendant's reply brief were "new" matter such that a sur-reply was warranted, the material presented in the sur-reply could have properly been presented at oral argument. Given that those arguments were in fact the subject of extensive discussion at oral argument, it is in the interests of justice to permit the sur-reply to be filed. The proposed sur-reply submitted with the motion for leave to file is hereby deemed filed; plaintiff need not submit another copy.

　　　　Defendant's request for leave to file a written response to the sur-reply is also granted. No later than May 30, 2008, defendant may submit an additional brief, not to exceed three pages in

1

length, addressing the sur-reply. Defendant should bear in mind that to a significant degree it has already addressed the merits of the sur-reply arguments as part of its opposition to the motion for leave to file the sur-reply.

This matter is separate and distinct from the leave granted at the hearing to submit certain other additional material, and does not modify or affect that oral order.

IT IS SO ORDERED.

Dated: May 22, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 08-00555 RS

2