UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __52m__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__   DATE: __5/21/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 08-00555RS__

CASE TITLE: __MICHELE T. WAHL__   VS.   __AMERICAN SECURTY INSURANCE COMPANY__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__JOSEPH N. KRAVEC, JR__                  __FRANK BURT__

__JAMES M. PIETZ__                        __ANNA S. MCLEAN__

__STEPHEN F. YUNKER__                     __PETER S. HECKER__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|---|---|
| { }   | {X}   | { }        | 1. | TO DISMISS |
| { }   | { }   | { }        | 2. | |
| { }   | { }   | { }        | 3. | |
| { }   | { }   | { }        | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED       [   ] DENIED       [   ] SUBMITTED       [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: __THE MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE WRITTEN ORDER.__