Stephen F. Yunker (CSB 110159)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: sfy@yslaw.com

Joseph N. Kravec, Jr. (PA ID No. 68992)
SPECTER SPECTER EVANS & MANOGUE, P.C.
The 26th Floor Koppers Building
Pittsburgh, PA 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

James M. Pietz (PA ID No. 55406)
PIETZ LAW OFFICE
Mitchell Building
304 Ross Street, Suite 700
Pittsburgh, PA 15219
Telephone: (412) 288-4333
Facsimile: (412) 288-4334
Email: jpietz@jpietzlaw.com

Attorneys for Plaintiff MICHELLE T. WAHL, on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C08-00555 RS<br><br>**CLASS ACTION**<br><br>ADR CERTIFICATION BY PLAINTIFF AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled *"Disputed Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 21, 2008         MICHELLE WAHL

By: *Michelle Wahl*
Plaintiff Michelle T. Wahl

Dated: ~~May~~ 6/4, 2008        SPECTER SPECTER EVANS & MANOGUE, P.C.

PIETZ LAW OFFICE

YUNKER & SCHNEIDER

By: *[signature]*
Stephen F. Yunker, one of the attorneys for
Plaintiff Michelle T. Wahl and the Plaintiff Class