1  Stephen F. Yunker (CSB 110159)
   YUNKER & SCHNEIDER
2  655 West Broadway, Suite 1400
   San Diego, California 92101
3  Telephone: (619) 233-5500
   Facsimile: (619) 233-5535
4  Email: sfy@yslaw.com

5  Joseph N. Kravec, Jr. (PA ID No. 68992)
   SPECTER SPECTER EVANS & MANOGUE, P.C.
6  The 26th Floor Koppers Building
   Pittsburgh, PA 15219
7  Telephone: (412) 642-2300
   Facsimile: (412) 642-2309
8  Email: jnk@ssem.com

9  James M. Pietz (PA ID No. 55406)
   PIETZ LAW OFFICE
10 Mitchell Building
   304 Ross Street, Suite 700
11 Pittsburgh, PA 15219
   Telephone: (412) 288-4333
12 Facsimile: (412) 288-4334
   Email: jpietz@jpietzlaw.com
13

14 Attorneys for Plaintiff MICHELLE T. WAHL, on behalf of herself and all
   others similarly situated
15

16                       **UNITED STATES DISTRICT COURT**

17          **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| 18  MICHELLE T. WAHL, on behalf of herself and all others similarly situated, ) ) ) | Case No. C08-00555 RS |
| 19  ) | |
| 20  Plaintiff, ) ) | **CLASS ACTION** |
| 21  v. ) ) | PLAINTIFF'S NOTICE OF |
| 22  AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive, ) ) ) | DECLINING TO AMEND SIXTH CAUSE OF ACTION FOR VIOLATIONS OF THE CONSUMERS |
| 23  Defendants. ) | LEGAL REMEDIES ACT |
| 24  _____) | |

25         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26         PLEASE TAKE NOTICE that plaintiff MICHELLE WAHL, on behalf of herself and all

27 persons similarly situated, hereby respectfully declines to amend the Sixth Cause of Action for

28 Violations of the Consumers Legal Remedies Act stated in the First Amended Complaint herein,

which opportunity to amend was allowed by the Court pursuant to its Order Granting in Part and Denying in Part Motion to Dismiss dated 6/16/08.  Plaintiff respectfully contends that the Sixth Cause of Action was adequately alleged, but Plaintiff recognizes that the pertinent scope of the Consumers Legal Remedies Act will be determined in *Fairbanks v. Superior Court* , 64 Cal.Rptr.3d 623 (Cal.App. 2007), *petition for review granted,* 68 Cal.Rptr.3d 273 (2007),  the case now pending before the California Supreme Court.  In the event that *Fairbanks* case is decided such that the pertinent scope of the Consumers Legal Remedies Act could include this case, then plaintiff will bring the appropriate motion before this Court to have the Sixth Cause of Action reconsidered.

PLEASE NOTE FURTHER that, pursuant to Rule 15(a)(3) the Rules of Civil Procedure, plaintiff respectfully submits that the response of defendant AMERICAN SECURITY INSURANCE COMPANY to the First Amended Complaint must be made within ten (10) days after e-service of this Notice.

Dated:       June 19, 2008                          Respectfully submitted,

SPECTER SPECTER EVANS & MANOGUE, P.C.

PIETZ LAW OFFICE

YUNKER & SCHNEIDER

By:     /s/ *Stephen F. Yunker*
Stephen F. Yunker, one of the attorneys for
Plaintiff Michelle T. Wahl and the Plaintiff Class