PETER S. HECKER (Bar No. 66159)
ANNA S. McLEAN (Bar No. 142233)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:  (415) 772-6080
Facsimile:  (415) 772-6268
peter.hecker@hellerehrman.com
anna.mclean@hellerehrman.com

FRANK BURT (*Pro Hac Vice*)
DENISE A. FEE (*Pro Hac Vice*)
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Washington, DC  20007-0805
Telephone:  (202) 965-8140
Facsimile:  (202) 965-8104
fgb@jordenusa.com
daf@jordenusa.com

Attorneys for Defendant
AMERICAN SECURITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE T. WAHL, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>　　　　Defendant. | Case No. C08-00555-RS<br><br>**NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT JULY 16, 2008 CASE MANAGEMENT CONFERENCE** |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that counsel for defendant AMERICAN SECURITY INSURANCE COMPANY ("ASIC") hereby request permission for all counsel to appear telephonically at the Case Management Conference scheduled for July 16, 2008, at 2:30 p.m. before the Honorable Richard Seeborg. Lead counsel for ASIC, Frank Burt, Esq. of Jorden Burt LLP, is located in Washington, D.C., and all counsel for plaintiff are likewise located outside the Bay Area. We suggest, to save time and expense, that it makes sense for all parties to appear by telephone. We have consulted with plaintiff's counsel and they have no objection to this request.

Dated: July 1, 2008                HELLER EHRMAN LLP


                                   By */s/ Peter S. Hecker*
                                        PETER S. HECKER
                                   Attorneys for Defendant
                                   AMERICAN SECURITY INSURANCE COMPANY

1

NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT JULY 16, 2008 CASE MANAGEMENT CONFERENCE; CASE NO. C08-00555-RS