**\*E-FILED\***
**July 2, 2008**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHELE T. WAHL,                                            No. C 08-00555 RS

       Plaintiff,

  v.                                                                    **CLERK'S NOTICE**

AMERICAN SECURITY INSURANCE COMPANY,

       Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference set for **July 16, 2008 at 2:30 p.m.** will be conducted telephonically.  No later than Friday, July 11, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated:  July 2, 2008

                                                        For the Court,
                                                        RICHARD W. WEIKING, Clerk

                                                        By:    /s/ Martha Parker Brown
                                                                  Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Frank G. Burt     fgb@jordenusa.com

Denise A. Fee     daf@jordenusa.com

Peter S. Hecker     phecker@hewm.com

Joseph N. Kravec , Jr     jnk@ssem.com

Anna S. McLean     Anna.McLean@hellerehrman.com, bill.henn@hellerehrman.com, Catherine.Lubiszewski@hellerehrman.com, Peter.Hecker@hellerehrman.com

James Pietz     jpietz@jpietzlaw.com

Dawn B. Williams     dbw@jordenusa.com

Stephen Francis Yunker     sfy@yslaw.com, efb@yslaw.com


Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 2, 2008