UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 20min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__    DATE: __7/16/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 08-00555rs__

CASE TITLE: __MICHELLE T. WAHL__ VS. __AMERICAN SECURTY INSURANCE COMPANY__

| **Appearances for Plaintiff(s)** | **Appearances for Defendant(s)** |
|---|---|
| JOSEPH N. KRAVEC | FRANK G. BURT |
| JAMES M. PIETZ | ANNA S. MCLEAN |
| STEPHEN F. YUNKER | PETER HECKER |

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.  {X} TELEPHONIC  CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }    1. _____
{ }    { }    { }    2. _____
{ }    { }    { }    3. _____
{ }    { }    { }    4. _____

DISPOSITION of TODAY'S PROCEEDINGS

[  ] SETTLED      [  ] NOT SETTLED    [  ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED      [  ] DENIED       [  ] SUBMITTED      [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)** {  } Cont'd to: _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: _____

CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER

HOURS IN SETTLEMENT: _____    Copies to: _____