***E-FILED 7/16/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELE T. WAHL, | No. C 08-00555 RS |
| Plaintiff, | |
| v. | CASE MANAGEMENT SCHEDULING ORDER |
| AMERICAN SECURITY INSURANCE CO., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held July 16, 2008. After considering the Case Management Statement and Proposed Order submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. <u>INITIAL DISCLOSURES</u>. Initial disclosures shall be made on or before **July 23, 2008.**

2. <u>JOINDER OF PARTIES AND AMENDMENT OF PLEADINGS</u>. Any amendments to the pleadings or the joinder of additional parties shall be completed on or before **August 14, 2008**.

3. <u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>.

| | |
|---|---|
| Motion filed: | October 1, 2008 |
| Discovery related to Motion: | January 16, 2009 |
| Plaintiff's Opposition: | February 17, 2009 |

CASE MANAGEMENT SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Defendant's Reply: | March 16, 2009 |
| 2 | Oral argument: | **April 1, 2009 at 9:30 a.m., Courtroom 4, Fifth Floor**. |

**IT IS SO ORDERED.**

DATED:   July 16, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Frank G. Burt    fgb@jordenusa.com

Denise A. Fee    daf@jordenusa.com

Peter S. Hecker    phecker@hewm.com

Joseph N. Kravec , Jr    jnk@ssem.com

Anna S. McLean    Anna.McLean@hellerehrman.com, bill.henn@hellerehrman.com, Catherine.Lubiszewski@hellerehrman.com, Peter.Hecker@hellerehrman.com

James Pietz    jpietz@jpietzlaw.com

Dawn B. Williams    dbw@jordenusa.com

Stephen Francis Yunker    sfy@yslaw.com, efb@yslaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 16, 2008

                                  /s/ BAK
                                Chambers of Magistrate Judge Richard Seeborg