# *EXHIBIT E*

# *EXHIBIT E*

Loan Number: 0058973553 - 9502

## NOTICE REGARDING HAZARD INSURANCE REQUIREMENTS

| Borrower's Name(s): | Lender: |
|---|---|
| MICHELLE T WAHL | Argent Mortgage Company, LLC<br>One City Boulevard West<br>Orange, CA 92868 |
| Property Address:<br>785 LONGAN CREEK ROAD<br>BOULDER CREEK, CA 95006 | Date:<br><br>May 17, 2004 |

# HAZARD INSURANCE REQUIREMENTS

**Pursuant to the California Civil Code § 2955.5 (a) you are provided the following notice:**

No lender shall require a borrower, as a condition of receiving or maintaining a loan secured by real property, to provide hazard insurance coverage against risks to the improvements on that real property in an amount exceeding the replacement value of the improvements on the property.

Therefore, as a condition of receiving or maintaining a loan with the lender shown above, you will be required to provide proof of hazard insurance coverage in an amount equal to the unpaid principal balance owing on the loan or the replacement value of all improvements located on the collateral property, **whichever is less.**

**If you insure in an amount equal to the replacement value of all improvements, you will need to provide evidence in writing from your insurer setting forth the replacement value of the improvements.**

**"Hazard insurance coverage"** means insurance against losses caused by perils which are commonly covered in policies described as a "Homeowner's Policy," a "General Property Form," "Guaranteed Replacement Cost Insurance," "Special Building Form," "Standard Fire," "Standard Fire with Extended Coverage," "Standard Fire with Special Form Endorsement," or comparable insurance coverage to protect the real property against loss or damage from fire and other perils covered within the scope of a standard extended coverage endorsement.

**"Improvements"** means buildings or structures attached to the real property.

If you do not provide us with evidence of the insurance coverage as required by your agreement with us, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including the insurance premium, any interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

811-CA (Rev. 5/00)