| | |
|---|---|
| Stephen F. Yunker (CSB 110159)<br>YUNKER & SCHNEIDER<br>655 West Broadway, Suite 1400<br>San Diego, California 92101<br>Telephone: (619) 233-5500<br>Facsimile: (619) 233-5535<br>Email: sfy@yslaw.com | Peter S. Hecker (Bar No. 66159)<br>Anna S. McLean (Bar No. 142233)<br>SHEPPARD MULLIN RICHTER<br>    AND HAMPTON, LLP<br>Four Embarcadero Center 17th Floor<br>San Francisco, California  94111-4109<br>Telephone: (415) 774-3155<br>Facsimile: (415) 403-6224<br>Email: phecker@sheppardmullin.com<br>amclean@sheppardmullin.com |
| Joseph N. Kravec, Jr. (Admitted *pro hac vice*)<br>SPECTER SPECTER EVANS<br>    & MANOGUE, P.C.<br>The 26th Floor Koppers Building<br>Pittsburgh, Pennsylvania  15219<br>Telephone: (412) 642-2300<br>Facsimile:   (412) 642-2309<br>Email: jnk@ssem.com | Frank Burt (Admitted *pro hac vice*)<br>Denise A. Fee (Admitted *pro hac vice*)<br>Dawn B. Williams (Admitted *pro hac vice*)<br>JORDEN BURT LLP<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007-0805<br>Telephone: (202) 965-8140<br>Facsimile: (202) 965-8104<br>Email: fgb@jordenusa.com<br>            daf@jordenusa.com<br>            dbw@jordenusa.com |
| James M. Pietz (Admitted *pro hac vice*)<br>PIETZ LAW OFFICE<br>Mitchell Building<br>304 Ross Street, Suite 700<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 288-4333<br>Facsimile: (412) 288-4334<br>Email: jpietz@jpietzlaw.com | Attorneys for Defendant<br>AMERICAN SECURITY INSURANCE<br>COMPANY |

Attorneys for Plaintiff
MICHELLE T. WAHL, on behalf of
herself and all others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **MICHELLE T. WAHL, on behalf of herself and all others similarly situated,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,**<br><br>    **Defendants.** | Case No.  C:08-0555-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXPEDITED HEARING AND BRIEFING OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER** |

1

Stipulation and [Proposed] Order for Expedited Hearing and Briefing of Defendant's Motion for Protective Order
Case No.: C:08-0555-RS

1   The parties, by their undersigned counsel, hereby submit the following stipulation and
2   [proposed] order for entry by this Court pursuant to Local Rule 7-12:

3   1.   On August 5, 2009, this Court entered a Case Management Scheduling Order
4   (Document 77) providing the parties until October 16, 2009 to complete discovery related to class
5   certification issues.

6   2.   At the Case Management Conference held on August 5, 2009 preceding entry of this
7   Case Management Scheduling Order, the parties reported to the Court that Plaintiff had served a
8   Fourth Set of Document Requests and Second Set of Interrogatories on Defendant for the purposes
9   of class certification.  Defendant's counsel indicated to the Court that Defendant intended to object
10  to Plaintiff's discovery requests and to move for a protective order on August 27, 2009 when
11  Defendant's responses to those requests were due.

12  3.   Because any motion filed on or about August 27, 2009 would not be heard until early
13  October, 2009 on the normal 35 day motion cycle under Local Rule 7-2(a), just a few days before
14  the October 16, 2009 class certification discovery deadline, the Court advised the parties that they
15  were free to submit a motion seeking an expedited hearing on any such motion for protective order if
16  the parties so desired.

17  4.   In that connection, the parties hereby agree to and submit the following stipulation for
18  an expedited hearing and briefing on Defendant's Motion for Protective Order:

19       1.   Plaintiff's Opposition to Defendant's Motion for Protective Order to be filed
20       by September 4, 2009;

21       2.   Defendant's Reply on its Motion for Protective Order to be filed by
22       September 10, 2009; and

23       3.   Hearing on Defendant's Motion for Protective Order at 9:30 a.m. on
24       September 16, 2009 in Courtroom No. 4, Fifth Floor, San Jose.

2

1  The Parties respectfully request that the Court enter this Stipulation.

2  Dated: August 26, 2009

3  **AGREED TO BY:**

| **SPECTER SPECTER EVANS & MANOGUE, P.C.** | **JORDEN BURT LLP** |
|---|---|
| By:   s/Joseph N. Kravec, Jr.<br>        Joseph N. Kravec, Jr. | By:   s/Frank G. Burt via email consent<br>        Frank G. Burt |
| The 26th Floor, Koppers Building<br>Pittsburgh, PA  15219<br>Telephone: (412) 642-2300<br>Facsimile: (412) 642-2309<br>Email: jnk@ssem.com | Denise A. Fee, Esquire<br>Dawn B. Williams, Esquire<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007-0805<br>Telephone: (202) 965-8140<br>Facsimile: (202) 965-8104<br>Email: fgb@jordenusa.com<br>           daf@jordenusa.com<br>           dbw@jordenusa.com |
| James M. Pietz, Esquire<br>PIETZ LAW OFFICE<br>Mitchell Building<br>304 Ross Street, Suite 700<br>Pittsburgh, PA  15219<br>Telephone:  (412) 288-4333<br>Facsimile:   (412) 288-4334<br>Email:  jpietz@jpietzlaw.com | Peter S. Hecker, Esquire<br>Anna S. McLean, Esquire<br>SHEPPARD MULLIN RICHTER<br>  & HAMPTON, LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4109<br>Telephone:  (415) 774-3155<br>Facsimile:  (415) 403-6224<br>Email: phecker@sheppardmullin.com<br>          amclean@sheppardmullin.com |
| Steve Yunker, Esquire<br>YUNKER & SCHNEIDER<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Telephone:  (619) 233-5500<br>Facsimile:  (619) 233-5535<br>Email:  SFY@yslaw.com | *ATTORNEYS FOR DEFENDANT* |
| *ATTORNEYS FOR PLAINTIFF* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Dated:** _____8/28_____, 2009    _____
                                                                  **Honorable Richard Seeborg**

3

---

Stipulation and [Proposed] Order for Expedited Hearing and Briefing of Defendant's Motion for Protective Order
Case No.:  C:08-0555-RS