1  Stephen F. Yunker (CSB 110159)   Peter S. Hecker (Bar No. 66159)
   YUNKER & SCHNEIDER             Anna S. McLean (Bar No. 142233)
2  655 West Broadway, Suite 1400   SHEPPARD MULLIN RICHTER
   San Diego, California 92101         AND HAMPTON, LLP
3  Telephone: (619) 233-5500       Four Embarcadero Center 17th Floor
   Facsimile: (619) 233-5535       San Francisco, California  94111-4109
4  Email: sfy@yslaw.com            Telephone: (415) 774-3155
                                   Facsimile: (415) 403-6224
5                                  Email: phecker@sheppardmullin.com
6  Joseph N. Kravec, Jr. (Admitted *pro hac vice*)   amclean@sheppardmullin.com
   SPECTER SPECTER EVANS
7     & MANOGUE, P.C.              Frank Burt (Admitted *pro hac vice*)
8  The 26th Floor Koppers Building  Denise A. Fee (Admitted *pro hac vice*)
   Pittsburgh, Pennsylvania  15219  Dawn B. Williams (Admitted *pro hac vice*)
9  Telephone: (412) 642-2300       JORDEN BURT LLP
   Facsimile:   (412) 642-2309     1025 Thomas Jefferson Street, NW
10 Email: jnk@ssem.com             Washington, DC 20007-0805
                                   Telephone: (202) 965-8140
11 James M. Pietz (Admitted *pro hac vice*)   Facsimile: (202) 965-8104
12 PIETZ LAW OFFICE                Email:  fgb@jordenusa.com
   Mitchell Building                       daf@jordenusa.com
13 304 Ross Street, Suite 700              dbw@jordenusa.com
   Pittsburgh, Pennsylvania 15219
14 Telephone: (412) 288-4333       Attorneys for Defendant
15 Facsimile: (412) 288-4334       AMERICAN SECURITY INSURANCE
   Email: jpietz@jpietzlaw.com     COMPANY
16
17 Attorneys for Plaintiff
   MICHELLE T. WAHL, on behalf of
18 herself and all others similarly situated

19                    **UNITED STATES DISTRICT COURT**

20            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21                         **SAN JOSE DIVISION**

22 **MICHELLE T. WAHL, on behalf of**   )   **Case No.  C:08-0555-RS**
   **herself and all others similarly situated,**   )
23                                       )   **CLASS ACTION**
             **Plaintiff,**             )
24                                       )   **STIPULATION AND [PROPOSED]**
   **v.**                                )   **ORDER AMENDING THE CASE**
25                                       )   **MANAGEMENT SCHEDULING**
   **AMERICAN SECURITY INSURANCE**       )   **ORDER ENTERED ON AUGUST 5,**
26 **COMPANY; and DOES 1-50, inclusive,**  )   **2009**
                                          )
27          **Defendants.**              )
                                          )
28

                                  1
Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on August 5, 2009
Case No.:  C:08-0555-RS

1    The parties, by their undersigned counsel, hereby submit the following stipulation and

2    [proposed] order for entry by this Court pursuant to Local Rule 7-12:

3         1.    On August 5, 2009, this Court entered a Further Case Management Scheduling Order

4    (Document 77) providing the parties until October 16, 2009 to complete discovery related to class

5    certification issues.  The Court also set November 3, 2009 for the filing of Plaintiff's Motion for

6    Class Certification and Defendant's Motion for Judgment on the Pleadings, with oppositions due on

7    December 4, 2009 and replies due on December 22, 2009.  A hearing was set for both motions on

8    January 14, 2010, at 9:30 a.m.

9         2.    On August 27, 2009, Defendant filed a Motion for Protective Order (Document 79)

10   seeking to limit its production of discovery in response to Plaintiff's document requests and

11   interrogatories.

12        3.    Because any motion filed on or about August 27, 2009 would not have been heard

13   until early October, 2009 on the normal 35 day motion cycle under Local Rule 7-2(a), just a few

14   days before the October 16, 2009 class certification discovery deadline, the parties requested and the

15   Court approved an expedited hearing on Defendant's Motion for Protective Order, and a hearing on

16   that Motion was held on September 16, 2009.

17        4.    On October 23, 2009, the Court issued an Order Granting In Part And Denying In

18   Part Defendant's Motion For Protective Order And For Sanctions (Document 89), directing

19   Defendant to produce documents and interrogatory answers Plaintiff sought concerning all lenders

20   for whom Defendant issued lender placed insurance ("LPI") in California.  In response to this Order,

21   Defendant has advised that it has approximately 40,000 pages of responsive documents that it will be

22   producing to Plaintiff during the week of November 2, 2009.  Plaintiff will, of course, need

23   sufficient time to review these documents and interrogatory answers determine whether any

24   deposition(s) or other discovery is necessary before presenting her Motion for Class Certification.

25        5.    At the September 16, 2009 hearing, the Court indicated that it would enter an

26   amended class discovery and motion submission schedule once the Motion for Protective Order was

27   decided.  Undersigned Plaintiff's counsel, Joseph N. Kravec, Jr., was subsequently advised by the

28

2

Court's clerk that the parties should confer on an amended schedule and present a proposal to the Court.

6. In that connection, the parties hereby agree to and submit the following stipulation for an amended schedule for completion of class discovery and for the hearing and briefing on Plaintiff's Motion for Class Certification and Defendant's Motion for Judgment on the Pleadings:

1. On or before **January 13, 2009**, all class certification discovery shall be completed by the parties. Any discovery requests pursuant to Federal Rules of Civil Procedure 33-36 and 45 shall be served far enough in advance so that responses to written discovery shall be due, as provided in said rules, no later than the discovery completion date. All depositions shall be concluded by the discovery completion date.

2. Plaintiff's motion and brief in support of class certification and Defendant's contemplated Motion for Judgment on the Pleadings shall be filed no later than **January 27, 2010**.

3. Defendant's opposition to the Motion for Class Certification and Plaintiff's opposition to the Motion for Judgment on the Pleadings shall be filed no later than **February 24, 2010**.

4. Plaintiff's reply in support of her Motion for Class Certification and Defendant's reply in support of its Motion for Judgment on the Pleadings shall be filed no later than **March 10, 2010**.

5. The Motion for Class Certification and the Motion for Judgment on the Pleadings shall be heard on **March 24, 2010, at 9:30 a.m**. in Courtroom 4, 5th Floor, United States Courthouse, 280 S. First Street, San Jose, California.

3

The Parties respectfully request that the Court enter this Stipulation.

Dated: August 26, 2009

**AGREED TO BY:**

| | |
|---|---|
| **SPECTER SPECTER EVANS & MANOGUE, P.C.** | **JORDEN BURT LLP** |
| By: _s/ Joseph N. Kravec, Jr._ Joseph N. Kravec, Jr. | By: s/ Frank G. Burt (per e-mail consent) Frank G. Burt |
| The 26th Floor, Koppers Building Pittsburgh, PA 15219 Telephone: (412) 642-2300 Facsimile: (412) 642-2309 Email: jnk@ssem.com | Denise A. Fee, Esquire Dawn B. Williams, Esquire 1025 Thomas Jefferson Street, NW Washington, DC 20007-0805 Telephone: (202) 965-8140 Facsimile: (202) 965-8104 Email: fgb@jordenusa.com daf@jordenusa.com dbw@jordenusa.com |
| James M. Pietz, Esquire PIETZ LAW OFFICE Mitchell Building 304 Ross Street, Suite 700 Pittsburgh, PA 15219 Telephone: (412) 288-4333 Facsimile: (412) 288-4334 Email: jpietz@jpietzlaw.com | Peter S. Hecker, Esquire Anna S. McLean, Esquire SHEPPARD MULLIN RICHTER & HAMPTON, LLP Four Embarcadero Center, 17th Floor San Francisco, CA 94111-4109 Telephone: (415) 774-3155 Facsimile: (415) 403-6224 Email: phecker@sheppardmullin.com amclean@sheppardmullin.com |
| Steve Yunker, Esquire YUNKER & SCHNEIDER 655 West Broadway, Suite 1400 San Diego, CA 92101 Telephone: (619) 233-5500 Facsimile: (619) 233-5535 Email: SFY@yslaw.com | *ATTORNEYS FOR DEFENDANT* |
| *ATTORNEYS FOR PLAINTIFF* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Dated:** ___October 29___, **2009**   _____

**Honorable Richard Seeborg**

4

---

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on August 5, 2009
Case No.: C:08-0555-RS