UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE ~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| MICHELE T. WAHL, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. C08-00555-RS <br><br><br><br><br><br> **\*AS MODIFIED BY THE COURT** |

**~~[PROPOSED]~~ ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 1-59 (IN SETS I-III) SUPPORTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION \***

THIS CAUSE comes before the Plaintiff's Administrative Motion to File Under Seal Exhibits 1-59 (in Sets I-III) Supporting Plaintiff's Motion for Class Certification (Docket No. 92). The Court having reviewed the Motion and the Declaration of Dawn B. Williams Pursuant to Local Rule 79-5(D) in Response to that Motion, the record herein, and being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the Motion is GRANTED as to the following exhibits: Exhibits 1, 2, 13-15, 20, 22-27, 29, 36-59. ~~Those exhibits shall be filed under seal.~~

ORDERED AND ADJUDGED that the Motion is DENIED as to the following exhibits: Exhibits 3-12, 16-19, 21, 28, 30-35B. ~~Those exhibits shall not be filed under seal.~~ **\*\*\***

So ORDERED this 2d day of February, 2010.

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Peter S. Hecker
Frank G. Burt
Stephen F. Yunker
Joseph N. Kravec
James M. Pietz

**\*\*\* Pursuant to Civil Local Rule 79-5(e), the set of Exhibits 1-59 which plaintiff lodged with the Clerk of Court will be held for three days from the date of this order. If it is not retrieved within this time, it will be destroyed. The chambers copy will likewise be destroyed. Plaintiffs may re-file Exhibits 3-12, 16-19, 21, 28, and 30-35B in the public record. They may re-file the remaining Exhibits under seal in accordance with Rule 79-5.**