| | |
|---|---|
| Stephen F. Yunker (Bar No. 110159) | Peter S. Hecker (Bar No. 66159) |
| YUNKER & SCHNEIDER | Anna S. McLean (Bar No. 142233) |
| 655 West Broadway, Suite 1400 | SHEPPARD MULLIN RICHTER |
| San Diego, California 92101 | & HAMPTON, LLP |
| Telephone: (619) 233-5500 | Four Embarcadero Center, Seventeenth Floor |
| Facsimile: (619) 233-5535 | San Francisco, CA 94111-4109 |
| sfy@yslaw.com | Telephone: (415) 774-3155 |
| | Facsimile: (415) 403-6224 |
| | phecker@sheppardmullin.com |
| | amclean@sheppardmullin.com |
| Joseph N. Kravec, Jr. (*Pro Hac Vice*) | Frank Burt (*Pro Hac Vice*) |
| STEMBER FEINSTEIN DOYLE | Denise A. Fee (*Pro Hac Vice*) |
| PAYNE & CORDES, LLC | JORDEN BURT LLP |
| 429 Forbes Avenue | 1025 Thomas Jefferson Street, NW |
| Allegheny Building, 17th Floor | Suite 400 East |
| Pittsburgh, Pennsylvania 15219 | Washington, DC 20007-0805 |
| Telephone: (412) 281-8400 | Telephone: (202) 965-8140 |
| Facsimile: (412) 281-1007 | Facsimile: (202) 965-8104 |
| jkravec@stemberfeinstein.com | fgb@jordenusa.com |
| | daf@jordenusa.com |
| James M. Pietz (*Pro Hac Vice*) | |
| PIETZ LAW OFFICE | Attorneys for Defendant AMERICAN SECURITY |
| Mitchell Building | INSURANCE COMPANY |
| 304 Ross Street, Suite 700 | |
| Pittsburgh, PA 15219 | |
| Telephone: (412) 288-4333 | |
| Facsimile: (412) 288-4334 | |
| jpietz @jpietzlaw.com | |

Attorneys for Plaintiff MICHELLE T.
WAHL on behalf of herself and all others
similarly situated.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | | |
|---|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated, | ) ) ) | Case No. C08-00555 RS |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | **JOINT REQUEST [AND PROPOSED ORDER] FOR LEAVE TO DEFER PRE-TRIAL SCHEDULING** |
| AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive, | ) ) ) | |
| Defendants. | ) ) ) ) | |

1   The parties, by their undersigned counsel, jointly submit this request for leave to defer pre-trial scheduling.

2.  1. On August 5, 2010, this Court held a case management conference ("CMC") in this matter.

2. At the CMC, the parties advised that they have agreed to participate in a settlement mediation scheduled before Judge Infante on October 11, 2010. Prior to the mediation, the parties have agreed to refrain from taking depositions and to focus discovery primarily on written information and documents concerning potential relief and hence necessary to prepare for the mediation.

3. At the CMC, the Court scheduled another Case Management Conference for October 21, 2010, following the mediation. The Court suggested that the parties may wish to defer submitting a proposed pre-trial schedule at this time and instead address that matter at next Case Management Conference. While the parties previously indicated to the Court that they wish to submit a proposed schedule now, upon further reflection, the parties agree that the Court's suggestion of deferring submission of a proposed pre-trial schedule until the next CMC is more appropriate.

The parties therefore request leave to defer the setting of a pre-trial schedule until the next Case Management Conference scheduled for October 21, 2010.

Dated: August 18, 2010

| **STEMBER FEINSTEIN DOYLE PAYNE & CORDES, LLC** | **JORDEN BURT LLP** |
|---|---|
| By:  s/Joseph N. Kravec, Jr.<br>Joseph N. Kravec, Jr.<br>(*Pro Hac Vice*) | By:  s/ Frank Burt (via email consent)<br>Frank Burt<br>(*Pro Hac Vice*) |
| 429 Forbes Avenue<br>Allegheny Building, 17th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 281-8400<br>Facsimile: (412) 281-1007<br>jkravec@stemberfeinstein.com | Denise A. Fee (*Pro Hac Vice*)<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC  20007-0805<br>Telephone:  (202) 965-8140<br>Facsimile:  (202) 965-8104<br>fgb@jordenusa.com; daf@jordenusa.com |

1

JOINT REQUEST [AND PROPOSED ORDER] FOR LEAVE TO DEFER PRE-TRIAL SCHEDULING;
Case No. 08-00555

Stephen F. Yunker (Bar No. 110159)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
sfy@yslaw.com

James M. Pietz
PIETZ LAW OFFICE
Mitchell Building
304 Ross Street, Suite 700
Pittsburgh, PA 15219
Telephone: (412) 288-4333
Facsimile: (412) 288-4334
Email: jpietz @jpietzlaw.com

Attorneys for Plaintiff MICHELLE T. WAHL

Peter S. Hecker (Bar No. 66159)
Anna S. McLean (Bar No. 142233)
SHEPPARD MULLIN RICHTER
 & HAMPTON, LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA  94111-4109
Telephone:  (415) 774-3155
Facsimile:  (415) 403-6224
phecker@sheppardmullin.com
amclean@sheppardmullin.com

Attorneys for Defendant AMERICAN SECURITY INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED: \_\_\_\_\_August 23\_\_\_\_\_, 2010              _____
                                                  RICHARD SEEBORG
                                                  United States Magistrate Judge

2

JOINT REQUEST [AND PROPOSED ORDER] FOR LEAVE TO DEFER PRE-TRIAL SCHEDULING;
Case No. 08-00555