FILED

AUG 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated, Plaintiff - Respondent, v. AMERICAN SECURITY INSURANCE COMPANY, Defendant - Petitioner. | No. 10-80112 D.C. No. 5:08-cv-00555-RS Northern District of California, San Jose ORDER |

Before: LEAVY and THOMAS, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's May 10, 2010 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

ec/MOATT