*E-Filed 1/27/11*

| | |
|---|---|
| Stephen F. Yunker (Bar No. 110159)<br>YUNKER & SCHNEIDER<br>655 West Broadway, Suite 1400<br>San Diego, California 92101<br>Telephone: (619) 233-5500<br>Facsimile: (619) 233-5535<br>sfy@yslaw.com | Peter S. Hecker (Bar No. 66159)<br>Anna S. McLean (Bar No. 142233)<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center, Seventeenth Floor<br>San Francisco, CA  94111-4109<br>Telephone:  (415) 774-3155<br>Facsimile:  (415) 403-6224<br>phecker@sheppardmullin.com<br>amclean@sheppardmullin.com |
| Joseph N. Kravec, Jr. (*Pro Hac Vice*)<br>STEMBER FEINSTEIN DOYLE<br>   & PAYNE, LLC<br>429 Forbes Avenue<br>Allegheny Building, 17th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 281-8400<br>Facsimile: (412) 281-1007<br>jkravec@stemberfeinstein.com | Frank Burt (*Pro Hac Vice*)<br>Denise A. Fee (*Pro Hac Vice*)<br>JORDEN BURT LLP<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC  20007-0805<br>Telephone:  (202) 965-8140<br>Facsimile:  (202) 965-8104<br>fgb@jordenusa.com<br>daf@jordenusa.com |
| James M. Pietz (*Pro Hac Vice*)<br>PIETZ LAW OFFICE<br>Mitchell Building<br>304 Ross Street, Suite 700<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-4333<br>Facsimile: (412) 288-4334<br>Email: jpietz@jpietzlaw.com | Attorneys for Defendant AMERICAN SECURITY<br>INSURANCE COMPANY |
| Attorneys for Plaintiff MICHELLE T.<br>WAHL on behalf of herself and all others<br>similarly situated. | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHELLE T. WAHL, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br>    v.<br><br>AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>              Defendant. | **Case No. C08-00555-RS**<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT PROPOSED PRE-TRIAL SCHEDULE** |

**Case No.: C 08-00555 RS**

At the Case Management Conference held by the Court on January 20, 2011, the Court directed the parties to submit a Joint Proposed Pre-Trial Schedule.  The Court further directed that the proposed schedule should include deadlines having all discovery completed in September 2011, all dispositive motion by either party filed in October 2011, a final pre-trial conference in January 2012, and a trial commencement date in February 2012.

The parties, by their undersigned counsel hereby jointly propose the following pre-trial schedule consistent with the Court's directives:

| Event | Proposed Deadline |
| --- | --- |
| Distribution of Class Notice | March 21, 2011 |
| Expert Witness Reports Served | July 29, 2011 |
| Expert Witness Rebuttal Reports (if any) Served | September 2, 2011 |
| Completion of Hearings for All Discovery Motions, and Completion of All Fact and Expert Discovery | September 30, 2011 |
| Dispositive Motions | On or before October 6, 2011 |
| Dispositive Oppositions | October 27, 2011 |
| Dispositive Replies | November 3, 2011 |
| Hearing on Post-Discovery Dispositive Motions | December 1, 2011 |
| Joint Final Pretrial Conference Statement (including witness and exhibit lists and deposition designations) | January 12, 2012 |
| Motions *in limine* and other objections to witness and exhibit lists and deposition designations | January 26, 2012 |

2

Case No. C 08-00555 RS

| Event | Proposed Deadline |
|---|---|
| Trial Briefs | January 26, 2012 |
| Final pretrial conference | February 2, 2012 |
| Bench Trial | Commencing February 13, 2012 |

Dated: January 26, 2011

By:  s/ Stephen F. Yunker             By:  s/ Frank Burt

Stephen F. Yunker (Bar No. 110159)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
sfy@yslaw.com

Frank Burt (*Pro Hac Vice*)
Denise A. Fee (*Pro Hac Vice*)
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC  20007-0805
Telephone:  (202) 965-8140
Facsimile:  (202) 965-8104
fgb@jordenusa.com
daf@jordenusa.com

Joseph N. Kravec, Jr.
STEMBER FEINSTEIN DOYLE
    & PAYNE, LLC
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
jkravec@stemberfeinstein.com

Peter S. Hecker (Bar No. 66159)
Anna S. McLean (Bar No. 142233)
SHEPPARD MULLIN RICHTER & HAMPTON, LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco, CA  94111-4109
Telephone:  (415) 774-3155
Facsimile:  (415) 403-6224
phecker@sheppardmullin.com
amclean@sheppardmullin.com

James M. Pietz
PIETZ LAW OFFICE
Mitchell Building
304 Ross Street, Suite 700
Pittsburgh, PA 15219
Telephone: (412) 288-4333
Facsimile: (412) 288-4334
Email: jpietz@jpietzlaw.com

Attorneys for Defendant AMERICAN SECURITY INSURANCE COMPANY

Attorneys for Plaintiff MICHELLE T. WAHL

235995v3DC              Dated: 1/27/2011

IT IS SO ORDERED
Judge Richard Seeborg
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

Case No. C 08-00555 RS