| | |
|---|---|
| Stephen F. Yunker (CSB 110159)<br>YUNKER & SCHNEIDER<br>655 West Broadway, Suite 1400<br>San Diego, California 92101<br>Telephone: (619) 233-5500<br>Facsimile: (619) 233-5535<br>Email: sfy@yslaw.com | Peter S. Hecker (Bar No. 66159)<br>Anna S. McLean (Bar No. 142233)<br>SHEPPARD MULLIN RICHTER<br>   AND HAMPTON, LLP<br>Four Embarcadero Center 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415) 774-3155<br>Facsimile: (415) 403-6224<br>Email: phecker@sheppardmullin.com<br>amclean@sheppardmullin.com |
| Joseph N. Kravec, Jr. (Admitted *pro hac vice*)<br>STEMBER FEINSTEIN DOYLE<br>   & PAYNE, LLC<br>429 Forbes Avenue<br>Allegheny Building, 17th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 642-2300<br>Facsimile:  (412) 642-2309<br>Email: jnk@ssem.com | Frank Burt (Admitted *pro hac vice*)<br>Denise A. Fee (Admitted *pro hac vice*)<br>Dawn B. Williams (Admitted *pro hac vice*)<br>JORDEN BURT LLP<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007-0805<br>Telephone: (202) 965-8140<br>Facsimile: (202) 965-8104<br>Email: fgb@jordenusa.com<br>         daf@jordenusa.com<br>         dbw@jordenusa.com |
| James M. Pietz (Admitted *pro hac vice*)<br>PIETZ LAW OFFICE<br>429 Forbes Avenue<br>Allegheny Building, 16th Floor<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 288-4333<br>Facsimile: (412) 288-4334<br>Email: jpietz@jpietzlaw.com | Attorneys for Defendant<br>AMERICAN SECURITY INSURANCE<br>COMPANY |

Attorneys for Plaintiff
MICHELLE T. WAHL, on behalf of
herself and all others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **MICHELLE T. WAHL, on behalf of herself and all others similarly situated,**<br><br>              **Plaintiff,**<br><br>v.<br><br>**AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,**<br><br>              **Defendants.** | Case No.  C:08-0555-RS<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING THE CASE MANAGEMENT SCHEDULING ORDER ENTERED ON JANUARY 27, 2011**   AS MODIFIED BY THE COURT |

1

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on January 27, 2011
Case No.: C:08-0555-RS

The parties, by their undersigned counsel, hereby submit the following stipulation and [proposed] order for entry by this Court pursuant to Local Rule 7-12:

1. At the Case Management Conference held by the Court on January 20, 2011, the parties advised the Court that they had participated in settlement mediation sessions with Judge Edward A. Infante (retired) on October 11, 2010 and December 13, 2010, had made some progress, but that the parties did not have a consensus to return for a third mediation session. As a result, the Court directed the parties to submit a Joint Proposed Pre-Trial Schedule.

2. On January 26, 2011, the parties submitted a Joint Proposed Pre-Trial Schedule (Document 166), which the Court entered on January 27, 2011 (Document 167).

3. Following the January 20, 2011 Case Management Conference, counsel for the parties continued informal negotiations, and have made significant progress toward a proposed preliminary class action settlement. In light of this progress, the parties have agreed to a third mediation session scheduled for March 24, 2011. This mediation session will be conducted by Judge Ronald M. Sabraw (retired) to whom Judge Infante referred the parties since his schedule is booked until the end of May, 2011.

4. The parties believe that, given their recent significant progress toward a preliminary class action settlement and the scheduling of another mediation session for March 24, 2011, proceeding at this time as currently scheduled under the January 27, 2011 Pre-trial Schedule would neither be efficient or economical. To proceed with dissemination of litigation class notice by March 21, 2011 as well as to conduct discovery and other pre-trial matters as currently scheduled would impede, rather than facilitate settlement negotiations. Indeed, it may result in the mailing of an unnecessary litigation class notice if a preliminary class action settlement is reached at the March 24, 2011 mediation session. As a result, the parties jointly request that the Court extend by four (4) weeks all of the pre-trial deadlines established in this Court's January 27, 2011 Order (Document 167), as follows:

2

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on January 27, 2011
Case No.: C:08-0555-RS

| Event | Proposed Deadline |
|---|---|
| Distribution of Class Notice | April 18, 2011 |
| Expert Witness Reports Served | August 26, 2011 |
| Expert Witness Rebuttal Reports (if any) Served | September 30, 2011 |
| Completion of Hearings for All Discovery Motions, and Completion of All Fact and Expert Discovery | October 28, 2011 |
| Dispositive Motions | On or before November 3, 2011 |
| Dispositive Oppositions | November 23, 2011 |
| Dispositive Replies | December 1, 2011 |
| Hearing on Post-Discovery Dispositive Motions | December 29, 2011 |
| Joint Final Pretrial Conference Statement (including witness and exhibit lists and deposition designations) | February 9, 2012 |
| Motions *in limine* and other objections to witness and exhibit lists and deposition designations | February 23, 2012 |
| Trial Briefs | February 23, 2012 |
| Final pretrial conference | ~~March 1, 2012~~ 3/29/2012 at 10:00 a.m. |
| Bench Trial | ~~Commencing March 12, 2012~~ 4/9/12 at 9:00 a.m. |

3

Stipulation and [~~Proposed~~] Order Amending the Case Management Scheduling Order Entered on January 27, 2011
Case No.: C:08-0555-RS

The Parties respectfully request that the Court enter this Stipulation.

Dated: March 4, 2011

**AGREED TO BY:**

| | |
|---|---|
| **STEMBER FEINSTEIN DOYLE & PAYNE, LLC** | **JORDEN BURT LLP** |
| By:   s/ Joseph N. Kravec, Jr. | By: s/ Frank G. Burt (per e-mail consent) |
|         Joseph N. Kravec, Jr. |         Frank G. Burt |
| 429 Forbes Avenue | |
| Allegheny Building, 17th Floor | Denise A. Fee, Esquire |
| Pittsburgh, PA  15219 | Dawn B. Williams, Esquire |
| Telephone: (412) 281-8400 | 1025 Thomas Jefferson Street, NW |
| Facsimile: (412) 281-1007 | Washington, DC 20007-0805 |
| Email: jkravec@stemberfeinstein.com | Telephone: (202) 965-8140 |
| | Facsimile: (202) 965-8104 |
| James M. Pietz, Esquire | Email: fgb@jordenusa.com |
| PIETZ LAW OFFICE |            daf@jordenusa.com |
| 429 Forbes Avenue |            dbw@jordenusa.com |
| Allegheny Building, 16th Floor | |
| Pittsburgh, PA  15219 | Peter S. Hecker, Esquire |
| Telephone:  (412) 288-4333 | Anna S. McLean, Esquire |
| Facsimile:   (412) 288-4334 | SHEPPARD MULLIN RICHTER |
| Email:  jpietz@jpietzlaw.com |   & HAMPTON, LLP |
| | Four Embarcadero Center, 17th Floor |
| Steve Yunker, Esquire | San Francisco, CA  94111-4109 |
| YUNKER & SCHNEIDER | Telephone:  (415) 774-3155 |
| 655 West Broadway, Suite 1400 | Facsimile:  (415) 403-6224 |
| San Diego, CA 92101 | Email: phecker@sheppardmullin.com |
| Telephone:  (619) 233-5500 |           amclean@sheppardmullin.com |
| Facsimile:  (619) 233-5535 | |
| Email:  SFY@yslaw.com | *ATTORNEYS FOR DEFENDANT* |
| *ATTORNEYS FOR PLAINTIFF* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Dated:  __3/4_____, 2011**     _____
                                           **Honorable Richard Seeborg**

---

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on January 27, 2011
Case No.:  C:08-0555-RS