Stephen F. Yunker (CSB 110159)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: (619) 233-5500
Facsimile: (619) 233-5535
Email: sfy@yslaw.com

Joseph N. Kravec, Jr. (Admitted *pro hac vice*)
STEMBER FEINSTEIN DOYLE
    & PAYNE, LLC
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, Pennsylvania  15219
Telephone: (412) 642-2300
Facsimile:  (412) 642-2309
Email: jnk@ssem.com

James M. Pietz (Admitted *pro hac vice*)
PIETZ LAW OFFICE
429 Forbes Avenue
Allegheny Building, 16th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 288-4333
Facsimile: (412) 288-4334
Email: jpietz@jpietzlaw.com

Attorneys for Plaintiff
MICHELLE T. WAHL, on behalf of
herself and all others similarly situated

Peter S. Hecker (Bar No. 66159)
Anna S. McLean (Bar No. 142233)
SHEPPARD MULLIN RICHTER
    AND HAMPTON, LLP
Four Embarcadero Center 17th Floor
San Francisco, California  94111-4109
Telephone: (415) 774-3155
Facsimile: (415) 403-6224
Email: phecker@sheppardmullin.com
amclean@sheppardmullin.com

Frank Burt (Admitted *pro hac vice*)
Denise A. Fee (Admitted *pro hac vice*)
Dawn B. Williams (Admitted *pro hac vice*)
JORDEN BURT LLP
1025 Thomas Jefferson Street, NW
Washington, DC 20007-0805
Telephone: (202) 965-8140
Facsimile: (202) 965-8104
Email: fgb@jordenusa.com
daf@jordenusa.com
dbw@jordenusa.com

Attorneys for Defendant
AMERICAN SECURITY INSURANCE
COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **MICHELLE T. WAHL, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,**<br><br>**Defendants.** | **Case No.  C:08-0555-RS**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT SCHEDULING ORDER ENTERED ON MARCH 4, 2011 AND SETTING SCHEDULE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

1

1   The parties, by their undersigned counsel, hereby submit the following stipulation and

2   [proposed] order for entry by this Court pursuant to Local Rule 7-12:

3   1.   On March 4, 2011, the Court approved a four (4) week extension of all pre-trial

4   deadlines based on the parties' stipulation seeking that extension to give them time to attend a

5   settlement mediation on March 24, 2011.  This mediation session was conducted by Judge Ronald

6   M. Sabraw (retired) to whom Judge Infante referred the parties since his schedule is booked until the

7   end of May, 2011.  *See* Stipulation and Order Amending the Case Management Scheduling Order

8   Entered on January 27, 2011, entered on March 4, 2011 (Document 169).

9   2.   The parties agreed to a class-wide settlement of this action at the March 24, 2011

10  mediation.  The parties have begun the process of memorializing this class-wide settlement in a

11  written settlement agreement together with various exhibits thereto, and of drafting the proposed

12  notice to the settlement class and a Joint Motion for Preliminary Approval of the Settlement and

13  Directing Settlement Notice to the Class.

14  3.   The parties have agreed that the settlement papers will be completed within 45 days

15  of the March 24, 2011 mediation, and will be ready to submit to the Court for preliminary approval

16  at that time.  Further, the parties believe that the Plaintiff's motion for preliminary approval should

17  be heard on a shortened schedule, because Defendant will respond very shortly after the motion is

18  filed confirming it does not oppose preliminary approval of the proposed settlement.  Accordingly,

19  the parties stipulate and hereby request that the Court enter the following schedule:

20  a.   Plaintiff's Motion for Preliminary Approval of the Settlement and Directing

21  Settlement Notice to the Class to be filed no later than May 12, 2011;

22  b.   Defendant's Response to be filed no later than May 19, 2011 and

23  c.   Hearing on Joint Motion for Preliminary Approval of the Settlement and Directing

24  Settlement Notice to the Class to be held on June 2, 2011, at 9:00 a.m.

25  4.   The parties also request that the Court vacate all existing pre-trial deadlines

26  established in the Stipulation and Order Amending the Case Management Scheduling Order Entered

27  on January 27, 2011, entered on March 4, 2011 (Document 169).  The parties believe that vacating

28  these pre-trial deadlines is appropriate here since they have entered a proposed class-wide settlement

2

that will be submitted to this Court for preliminary approval by June 2, 2011 and the preliminary approval motion will ask that the Court set a Final Approval Hearing approximately 100 days thereafter.  Proceeding with pre-trial activities while approval of a proposed class-wide settlement is pending would not be efficient for the Court or the parties, and certainly will not facilitate the resolution of this action.

The Parties respectfully request that the Court enter this Stipulation.

Dated: March 30, 2011

**AGREED TO BY:**

| | |
|---|---|
| **STEMBER FEINSTEIN DOYLE & PAYNE, LLC** | **JORDEN BURT LLP** |
| By:   s/ Joseph N. Kravec, Jr. | By: s/ Frank G. Burt (per e-mail consent) |
| Joseph N. Kravec, Jr. | Frank G. Burt |
| 429 Forbes Avenue | |
| Allegheny Building, 17th Floor | Denise A. Fee, Esquire |
| Pittsburgh, PA  15219 | Dawn B. Williams, Esquire |
| Telephone: (412) 281-8400 | 1025 Thomas Jefferson Street, NW |
| Facsimile: (412) 281-1007 | Washington, DC 20007-0805 |
| Email: jkravec@stemberfeinstein.com | Telephone: (202) 965-8140 |
| | Facsimile: (202) 965-8104 |
| James M. Pietz, Esquire | Email: fgb@jordenusa.com |
| PIETZ LAW OFFICE | daf@jordenusa.com |
| 429 Forbes Avenue | dbw@jordenusa.com |
| Allegheny Building, 16th Floor | |
| Pittsburgh, PA  15219 | Peter S. Hecker, Esquire |
| Telephone:  (412) 288-4333 | Anna S. McLean, Esquire |
| Facsimile:  (412) 288-4334 | SHEPPARD MULLIN RICHTER |
| Email:  jpietz@jpietzlaw.com |  & HAMPTON, LLP |
| | Four Embarcadero Center, 17th Floor |
| Steve Yunker, Esquire | San Francisco, CA  94111-4109 |
| YUNKER & SCHNEIDER | Telephone:  (415) 774-3155 |
| 655 West Broadway, Suite 1400 | Facsimile:  (415) 403-6224 |
| San Diego, CA 92101 | Email: phecker@sheppardmullin.com |
| Telephone:  (619) 233-5500 | amclean@sheppardmullin.com |
| Facsimile:  (619) 233-5535 | |
| Email:  SFY@yslaw.com | ***ATTORNEYS FOR DEFENDANT*** |
| | |
| ***ATTORNEYS FOR PLAINTIFF*** | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Dated:**  _ 3/30 _____, 2011

_____
**Honorable Richard Seeborg**

3