UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

MICHELLE T. WAHL, on behalf of herself and all others similarly situated,

Plaintiff,

v.   Case No. C08-00555-RS

AMERICAN SECURITY INSURANCE COMPANY; and DOES 1-50, inclusive,

Defendants.

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FOR ESTABLISHING DATE FOR PLAINTIFF TO RESPOND TO OBJECTIONS, AND WAIVER OF LOCAL RULE 7-4(b) PAGE LIMITATIONS FOR BRIEFS ADDRESSING OBJECTIONS

THIS CAUSE comes before the Court on the parties' Joint Motion For Extension Of Time For Defendant To Respond To Motion For Final Approval Of Class Action Settlement, For Establishing Date For Plaintiff To Respond To Objections, And Waiver Of Local Rule 7-4(b) Page Limitations For Briefs Addressing Objections.  The Court having reviewed the Motion and the record herein and being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that the Motion is GRANTED.  The Court directs that (1) ASIC may respond to Plaintiff's Motion for Final Approval of the Class Action Settlement on or before September 15, 2011, (2) Plaintiff may file any Response to Objections on or before September 15, 2011, and (3) the Court waives the page limitations in Local Rule 7-4(b) for Plaintiff's Response to Objections, and for that portion of ASIC's Response to the Plaintiff's Motion for Final Approval of Class Action Settlement specifically addressing objections to the settlement.

1  So ORDERED this __19th__ day of August, 2011.

_____
The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Peter S. Hecker
Frank G. Burt
Stephen F. Yunker
Joseph N. Kravec
James M. Pietz

242263v3DC